IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| LEAVITT GREAT WEST INSURANCE SERVICES, LLC, a Montana Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>KRYSTA THERIAULT, an individual; and ALLIANT INSURANCE SERVICES, INC. a California Corporation,<br><br>Defendants. | CV 25–24–H–DLC<br><br><br>ORDER |

Before the Court is Defendants Alliant Insurance Services, Inc. and Krysta Theriault's motion for the admission of attorney Andrew Ahn, *pro hac vice*, in the above-captioned matter. (Doc. 30.) It appears that Lawson Fite of Schwabe, Williamson, and Wyatt, P.C. will serve as local counsel in this matter. (*Id.* at 2.) Mr. Ahn's declaration (Docs. 30-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 30) is GRANTED on the condition that Mr. Ahn does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Ahn shall take steps to register in the Court's electronic

1

filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Ahn files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 24th day of June, 2026.

Dana L. Christensen, District Judge
United States District Court

2