IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| LEAVITT GREAT WEST INSURANCE SERVICES, LLC, a Montana Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>KRYSTA THERIAULT, an individual; and ALLIANT INSURANCE SERVICES, INC. a California Corporation,<br><br>Defendants. | CV 25–24–H–DLC<br><br>ORDER |

Before the Court is Defendants Alliant Insurance Services, Inc. and Krysta Theriault's motion for the admission of attorney Jasmine Ward, *pro hac vice*, in the above-captioned matter. (Doc. 45.) It appears that Lawson Fite of Schwabe, Williamson, and Wyatt, P.C. will serve as local counsel in this matter. (*Id.* at 2.) Mrs. Ward's declaration (Doc. 45-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 45) is GRANTED on the condition that Ms. Ward does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Ms. Ward shall take steps to register in the Court's

electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Ward files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 29th day of September, 2026.

Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court